## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL THUMM | CIVIL ACTION |
| VERSUS | NUMBER: 11-01214 |
| CHET MORRISON CONTRACTORS, L.L.C. | SECTION: "R" |
| | MAGISTRATE (1) |
| | **JURY TRIAL REQUESTED** |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Michael Thumm, who respectfully represents that oral argument may assist the court's resolution of his Motion for Expedited Trial on Claim for Maintenance and Cure.

Therefore, pursuant to Local rule 78.1E, plaintiff requests oral argument on the Motion for Expedited Trial on Claim for Maintenance and Cure which has been set for hearing before the Honorable Sarah S. Vance, United States District Court Judge, on Wednesday, June 8, 2011 at 10:00 a.m.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY: *s/ Irving J. Warshauer*
    **IRVING J. WARSHAUER**
    **BAR NO. 13252**
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2800
    Telephone: (504) 522-2304
    Facsimile: (504) 528-9973
    iwarshauer@gainsben.com
    Attorneys For Plaintiff

**PLEASE SERVE:**

**Chet Morrison Contractors, L.L.C.**
Through its registered agent for service of process:
Chester F. Morrison, Jr.
#9 Bayou Dularge Road
Houma, Louisiana 70363

2