UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL THUMM** | * CIVIL ACTION NO. 11-01214 "R-1" |
| | * |
| versus | * JUDGE SARAH S. VANCE |
| | * |
| **CHET MORRISON CONTRACTORS, LLC** | * MAGISTRATE SALLY SHUSHAN |
| ****************************************** | |

# O R D E R

Considering the law and Motion of Counsel,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Chet Morrison Contractors, LLC's Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiff's Motion for Expedited Trial be and hereby is granted.

**NEW ORLEANS, LOUISIANA**, this __5th__ day of _____July_____, 2011.

_____
UNITED STATES DISTRICT JUDGE